AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| BPP Retail Properties, LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:23-cv-01610 (FAB) |
| Triple-S Propiedad, Inc. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SunCap Insurance, Limited.

Date: 03/17/2025

s/ Luis R. Roman-Negron
*Attorney's signature*

Luis R Roman-Negron - 225001
*Printed name and bar number*

Citi Towers, Suite 1401, 252 Ponce de Leon Avenue
San Juan, Puerto Rico 00918

*Address*

lrn@roman-negron.com
*E-mail address*

(787) 979-2007
*Telephone number*

*FAX number*